Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone:    (916) 446-0790
Facsimile:     (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Plaintiff
DONGALEN ENTERPRISES, INC. dba INTERSTATE PLASTICS, INC.

U.S. DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGALEN ENTERPRISES, INC. dba INTERSTATE PLASTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> METAL FRAMING ENTERPRISES, LLC dba FRAMECO, <br><br> Defendant. | CASE NO. 2:15-cv-02250-MCE-AC <br><br> **AMENDED STIPULATION FOR DISMISSAL; ORDER THEREON** |

This stipulation for dismissal is entered into by and between plaintiff Dongalen Enterprises, Inc. dba Interstate Plastics, Inc. ("Plaintiff") and defendant Metal Framing Enterprises, LLC dba FrameCo ("Defendant"), acting by and through their counsel of record as follows:

**R E C I T A L S**

A.    Plaintiff sued Defendant herein for breach of contract and other claims.

B.    Defendant filed an answer denying liability.

C.    The parties hereto has reached a resolution of their dispute and now wish the case to be dismissed.

---

NOW THEREFORE, in consideration of the foregoing recitals, it is hereby stipulated that the within action shall be dismissed with prejudice in its entirety pursuant to FRCP 41(a), each party to bear its own attorneys' fees and costs.

SO STIPULATED:

DATED: May 31, 2016                                   SERLIN & WHITEFORD, LLP


By:       */s/ Mark A. Serlin*
MARK A. SERLIN, Attorneys for Plaintiff DONGALEN ENTERPRISES, INC. dba INTERSTATE PLASTICS, INC.


DATED: May 31, 2016                                   PORTER LAW GROUP, INC.


By:       */s/ William L. Porter*
WILLIAM L. PORTER, Attorneys for Defendant METAL FRAMING ENTERPRISES, LLC dba FRAMECO

**ORDER OF DISMISSAL**

The Court, having considered the foregoing stipulation, hereby ORDERS that the within case is dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 8, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE